IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARY COOK                                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 5:05-cv-19(DCB)(JMR)

PAYLESS SHOESOURCE, INC.                                              DEFENDANT

FINAL JUDGMENT

This cause having come on for trial by jury on July 18, 2006, and at the conclusion of the plaintiff's case in chief, a motion pursuant to Fed.R.Civ.P. 50 was made by the defendant; and the Court having granted the defendant's motion for a judgment as a matter of law for the reasons set forth on the record, the Court now dismisses this case with prejudice; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is had for the defendant and this action is dismissed with prejudice, with all costs assessed against the plaintiff.

SO ORDERED and ADJUDGED, this the 24th day of July, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE